## IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH

### DEPOSIT OF UNCLAIMED FUNDS

| In re: | Bankruptcy Case Number |
|---|---|
| VERONICA M. TIETZ, | 09-30801 WTT |
| Debtor. | [Chapter 7] |

The duly appointed and acting trustee of the above captioned bankruptcy estate represents to the court that:

The check listed below represents small dividends payable to the court pursuant to Bankruptcy Rule 3010.

**CREDITOR & ADDRESS (last known)**　　　　　　　　　　　　**CHECK AMOUNT**

Chase Bank USA, NA　　　　　　　　　　　　　　　　　　　　　　$1.36
P.O. Box 15145
Wilmington, DE  19850-5145

Davis Behavioral Health, Inc.　　　　　　　　　　　　　　　　　$1.71
P.O. Box 460
Bountiful, UT  84011-0460

American Express Bank, FSB　　　　　　　　　　　　　　　　　　$0.33
c/o Becket and Lee LLP
P.O. Box 3001
Malvern, PA  19355-0701

U.S. Bank N.A.　　　　　　　　　　　　　　　　　　　　　　　　$0.89
P.O. Box 5229
Cincinnati, OH  45201

The addresses listed above constitute the last known addresses in question. The check in the amount of $4.29 represents said unclaimed funds and is payable to the U.S. Bankruptcy Court.

DATED this 14th day of September, 2011.

_____
Duane H. Gillman, Trustee

SLC_930326.1